UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00095-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RODNISHA SADE CANNON, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on two motions filed pro se by Defendant: "Motion for Reduction of Sentence," (Doc. No. 28), and Motion to Reduce Sentence and for Home Confinement (Doc. No. 29). While these motions were pending, Defendant was released from the custody of the Bureau of Prisons. (https://www.bop.gov/inmateloc/ visited 11/1/2021). After reviewing the specific relief requested by Defendant in the motions, and based on the specific arguments asserted in support thereof (Doc. Nos. 28, 29), the Court DENIES AS MOOT both motions.

IT IS THEREFORE ORDEREED that Defendant's Motions for Reduction in Sentence (Doc. Nos. 28, 29) are DENIED AS MOOT.

IT IS SO ORDERED.

Signed: November 1, 2021

Frank D. Whitney
United States District Judge

1